UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
GARRY WAYNE DUNN                                CASE NO. 20-10409
322 EAST HARRIS PLACE APT C                     JUDGE BENJAMIN A. KAHN
EDEN, NC  27288

    DEBTOR

SSN(1) XXX-XX-5468                              DATE: 01/15/2021

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ABSOLUTE COLLECTION SVC<br>421 FAYETTEVILLE ST STE 600<br>RALEIGH, NC  27601 | $0.00<br>INT: .00%<br>NAME ID: 59368<br>CLAIM #: 0005 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| ASHLEY FUNDING SERVICES LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $20.00<br>INT: .00%<br>NAME ID: 43468<br>CLAIM #: 0011 | (U) UNSECURED<br><br>ACCT: 8880<br>COMMENT: |
| ASHLEY FUNDING SERVICES LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $5.00<br>INT: .00%<br>NAME ID: 43468<br>CLAIM #: 0019 | (U) UNSECURED<br><br>ACCT: 4850<br>COMMENT: |
| ASHLEY FUNDING SERVICES LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $20.00<br>INT: .00%<br>NAME ID: 43468<br>CLAIM #: 0020 | (U) UNSECURED<br><br>ACCT: 4410<br>COMMENT: |
| ASHLEY FUNDING SERVICES LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $5.00<br>INT: .00%<br>NAME ID: 43468<br>CLAIM #: 0021 | (U) UNSECURED<br><br>ACCT: 2820<br>COMMENT: |
| ASHLEY FUNDING SERVICES LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $5.00<br>INT: .00%<br>NAME ID: 43468<br>CLAIM #: 0022 | (U) UNSECURED<br><br>ACCT: 9300<br>COMMENT: |
| CAPITAL ONE BANK USA NA<br>% AMERICAN INFOSOURCE LP<br>P O BOX 71083<br>CHARLOTTE, NC  28272 | $806.49<br>INT: .00%<br>NAME ID: 116268<br>CLAIM #: 0006 | (U) UNSECURED<br><br>ACCT: 2904<br>COMMENT: |
| CONE HEALTH<br>1200 N ELM ST<br>GREENSBORO, NC  27401 | $0.00<br>INT: .00%<br>NAME ID: 137686<br>CLAIM #: 0008 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| FIRST POINT RESOURCES<br>P O BOX 26140<br>GREENSBORO, NC  27402 | $0.00<br>INT: .00%<br>NAME ID: 38570<br>CLAIM #: 0010 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT: .00%<br>NAME ID: 123770<br>CLAIM #: 0001 | (P) PRIORITY<br>NOT FILED<br>ACCT: 5468<br>COMMENT: |
| LENDMARK FINANCIAL SERVICES LLC<br>2118 USHER ST<br>COVINGTON, GA  30014 | $5,493.45<br>INT: .00%<br>NAME ID: 157722<br>CLAIM #: 0012 | (U) UNSECURED<br><br>ACCT: 1639<br>COMMENT: |
| MARINER FINANCE<br>1421 FREEWAY DR<br>REIDSVILLE, NC  27320 | $0.00<br>INT: .00%<br>NAME ID: 150022<br>CLAIM #: 0013 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| MEDICARE ADVANTAGE<br>P O BOX 30769<br>SALT LAKE CITY, UT  84130 | $0.00<br>INT: .00%<br>NAME ID: 182095<br>CLAIM #: 0014 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| MIDLAND CREDIT MANAGEMENT INC<br>P O BOX 2037<br>WARREN, MI  48090 | $1,005.35<br>INT: .00%<br>NAME ID: 177774<br>CLAIM #: 0009 | (U) UNSECURED<br><br>ACCT: 6927<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0002 | (P) PRIORITY<br>NOT FILED<br>ACCT: 5468<br>COMMENT: |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>MOMA TRUST LLC<br>P O BOX 788<br>KIRKLAND, WA  98083-0788 | $1,156.47<br>INT: .00%<br>NAME ID: 182454<br>CLAIM #: 0007 | (U) UNSECURED<br><br>ACCT: 1464<br>COMMENT: KAY JEWELERS |
| ROCKINGHAM COUNTY TAX<br>371 NC HIGHWAY 65 STE 107<br>WENTWORTH, NC  27375 | $0.00<br>INT: .00%<br>NAME ID: 159712<br>CLAIM #: 0003 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| ROYALTY FINANCE<br>P O BOX 916<br>EDENTON, NC  27932 | $0.00<br>INT: .00%<br>NAME ID: 141595<br>CLAIM #: 0015 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| SCHEWEL FURNITURE COMPANY INC<br>P O BOX 6120<br>LYNCHBURG, VA  24505-6120 | $1,932.00<br>INT: 6.25%<br>NAME ID: 134051<br>CLAIM #: 0004 | (S) SECURED<br><br>ACCT: 6689<br>COMMENT: OC,PP |
| UNC ROCKINGHAM HEALTH CARE<br>117 E KINGS HWY<br>EDEN, NC  27288 | $71.28<br>INT: .00%<br>NAME ID: 169463<br>CLAIM #: 0016 | (U) UNSECURED<br><br>ACCT: 5442<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| VIRGINIA FINANCE LLC<br>625 PINEY FOREST RD STE 203B<br>DANVILLE, VA  24540 | $1,040.24<br>INT:  .00%<br>NAME ID:  177371<br>CLAIM #:  0017 | (U) UNSECURED<br><br>ACCT:  4426<br>COMMENT: |
| WANDA CRAIG<br>220 STRUTTON LANE<br>EDEN, NC  27288 | $0.00<br>INT:  .00%<br>NAME ID:  182096<br>CLAIM #:  0018 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| **TOTAL:** | **$11,560.28** | |
| JOHN T ORCUTT ESQ<br>6616-203 SIX FORKS ROAD<br>RALEIGH, NC  27615 | $2,500.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  01/15/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc:  Debtor
     Attorney for Debtor - Electronic Notice